No. 11–0640/AR.   U.S. v. Robert L. McCullough.   CCA 20090206.   Review granted on the following issue:

> WHETHER THE SPECIFICATION OF CHARGE II FAILS TO STATE AN OFFENSE UNDER ARTICLE 134 BECAUSE THE SPECIFICATION FAILS TO ALLEGE ANY OF THE THREE TERMINAL CLAUSES OF ARTICLE 134.

Briefs will be filed under Rule 25.

No. 12–0300/AR.   U.S. v. Payson C. Averill.   CCA 20090491.   Review granted on the following issue:

> WHETHER SPECIFICATION 1 OF CHARGE II IS FATALLY DEFECTIVE BECAUSE THE TERMINAL ELEMENT OF ARTICLE 134, UCMJ, 10 U.S.C. SECTION 934, IS NEITHER EXPRESSLY ALLEGED NOR "NECESSARILY IMPLIED."

Briefs will be filed under Rule 25.

No. 12–0336/AR.   U.S. v. Christopher L. Covington.   CCA 20090877.   Review granted on the following issue:

> WHEN THE GOVERNMENT FAILS TO ALLEGE AN ARTICLE 134 TERMINAL ELEMENT, THE CHARGE FAILS TO STATE AN OFFENSE UNLESS THE TERMINAL ELEMENT CAN BE "NECESSARILY IMPLIED" FROM THE LANGUAGE OF THE SPECIFICATION. THE MISSING TERMINAL ELEMENT FROM SPECIFICATIONS 1, 2, AND 3 OF CHARGE IV CANNOT BE NECESSARILY IMPLIED FROM THE TEXT.   ARE THE SPECIFICATIONS FATALLY DEFECTIVE?

Briefs will be filed under Rule 25.